# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3018
LT Case No. 2023-CP-001191

_____

WILLIAM VINCENT VERNON, III,

    Appellant,

    v.

JACKQULYN YOUNG, as Personal
Representative of the Estate of
Doris Wright Shaw,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

William Vincent Vernon, III, Ocala, pro se.

Larry P. Studer, of StuderZobel Law, PLLC, Orlando,
for Appellee.

July 9, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____